IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-605-D

CHRISTINA DELATOUR DORVAL,  )
                            )
            Plaintiff,      )
                            )
       v.                   )           ORDER
                            )
COVERMYMEDS, a McKesson     )
Company, and MCKESSON       )
CORPORATION                 )
                            )
            Defendants.     )

For the reasons stated in defendants' memorandum of law [D.E. 19] and reply [D.E. 33], the court GRANTS defendants' motion to dismiss [D.E. 18] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint. The court DENIES as unnecessary plaintiff's motions to submit audio exhibits [D.E. 5, 29], motion for recording [D.E. 24], and motion for leave to submit electronic exhibits [D.E. 30].

SO ORDERED. This 4 day of April, 2025.

JAMES C. DEVER III
United States District Judge