UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTINA DELATOU DORVAL ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:24-CV-605-D-BM |
| COVERMYMEDS, a McKesson ) | |
| Company, and MCKESSON ) | |
| CORPORATION ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of defendants' motion to dismiss and pro se plaintiff's motions for leave to submit electronic evidence.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 4, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 4, 2025, and Copies To:**
Christina Delatour Dorval (via US mail) 9021 River Hawk Landing, Willow Spring, NC 27592
Michael Douglas McKnight / Tatiana Marie Terry (via CM/ECF Notice of Electronic Filing)

April 4, 2025             PETER A. MOORE, JR., CLERK

                          /s/ Sandra K.Collins
                          (By) Sandra K. Collins, Deputy Clerk